IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIA LAWS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | No. 23-1339 |
| BOROUGH OF LANSDALE, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 12th day of March, 2024, it is **ORDERED** that Defendants Borough of Lansdale, Lansdale Police Department, Michael B. Trail, Amanda North, Liam Pyskaty, Matthew Erbele, Drew Freed, Chris Kunkel, and Jason Van Dame's Motion to Dismiss (ECF No. 29) and Defendant Scott Gribling's Motion to Dismiss (ECF No. 30) are **GRANTED**.

    \_\_\__s/ANITA B. BRODY, J.\_\_\_\_
    ANITA B. BRODY, J.

1